TRITIA M. MURATA (CA SBN 234344)
TMurata@mofo.com
NEIL S. TYLER (CA SBN 301719)
NTyler@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants JBS USA
FOOD COMPANY and SWIFT BEEF
COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE STOLL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JBS USA FOOD CO. dba SWIFT BEEF COMPANY, a California business, form unknown; JBS CASE READY, a California business, form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  5:21-cv-1111<br><br>**CERTIFICATE OF FILING NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>Removed from the Superior Court of the State of California, County of Riverside<br><br>Case No. CVRI2000256 |

I hereby certify that I am counsel for JBS USA Food Company and Swift Beef Company ("Defendants"), and on July 2, 2021, pursuant to 28 U.S.C. § 1446(d), Defendants gave written notice of removal to Plaintiff Lane Stoll and filed a copy of that notice with the clerk of the Superior Court of the State of California, County of Riverside, the court from which this action was removed.

Dated: July 2, 2021

MORRISON & FOERSTER LLP

By: /s/ Tritia M. Murata
Tritia M. Murata

Attorneys for Defendant JBS USA FOOD COMPANY and SWIFT BEEF COMPANY

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Suite 6000, Los Angeles, California 90017-3543; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**CERTIFICATE OF FILING NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 707 Wilshire Boulevard, Suite 6000, Los Angeles, California 90017-3543, in accordance with Morrison & Foerster's ordinary business practices:

Regina Spurley
LAW OFFICES OF REGINA SPURLEY
300 N. Lake Ave,, Suite 1100
Pasadena, CA 91101
Telephone: 310.285.8595
Facsimile:  310.300.2112
Email: regina@raafirm.com

*Attorneys for Plaintiff*
Lane Stoll

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 2nd day of July, 2021.

_____          _____
Marco A. Perez                                                (signature)
(typed)