JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE STOLL, an individual,<br><br>            Plaintiffs,<br><br>vs.<br><br>JBS USA FOOD COMPANY; SWIFT BEEF COMPANY; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case 5:21-cv-01111-JGB-SHK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants' Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.
3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: December 7, 2023

                                          Honorable Jesus G. Bernal
                                          United States District Judge