1  JONATHON M. WATSON (CA SBN 333845)
2  jmwatson@spencerfane.com
   MATTHEW M. MORRISON (*pro hac vice*)
3  mmorrison@spencerfane.com
   SPENCER FANE LLP
4  1700 Lincoln Street, Suite 2000
5  Denver, Colorado 80203
   Telephone:   (303) 839-3800
6  Facsimile:   (303) 839-3838
7
8  MICHELE BALLARD MILLER (CA SBN 104198)
   mbmiller@cozen.com
9  COZEN O'CONNOR
10 401 Wilshire Blvd., Suite 850
   Santa Monica, California 90401
11 Telephone: (310) 393-4000
12 Facsimile: (310) 394-4700

13 Attorneys for Defendants
   JBS USA FOOD COMPANY and
14 SWIFT BEEF COMPANY

15 *Additional Counsel Listed on Following Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE STOLL, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>JBS USA FOOD COMPANY; SWIFT BEEF COMPANY; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.: 5:21-cv-01111-JGB (SHKx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  Regina Spurley (SBN 256908)
   Law Offices of Regina Spurley
2  144 N. Glendale Ave., Suite 300
3  Glendale, California 91206
   Tel.: 310-285-8595
4  Fax: 310-300-2112
5
6  Attorney for Plaintiff LANE STOLL
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO THE HONORABLE JESUS G. BERNAL:

Plaintiff Lane Stoll, along with Defendants JBS USA Food Company and Swift Beef Company (collectively, the "Parties"), by and through their respective counsel, hereby provide notice that the Parties have reached a settlement in this matter. The Parties will submit a joint stipulation of dismissal with prejudice within 45 days.

DATED: May 23, 2025                     Law Offices of Regina Spurley

By:     */s/ Regina Spurley*
_____
Regina Spurley
Attorney for Plaintiff LANE STOLL

DATED: May 23, 2025                     SPENCER FANE LLP

By:   */s/ Matthew M. Morrison*
_____
Matthew M. Morrison

Attorneys for Defendants JBS USA FOOD COMPANY and SWIFT BEEF COMPANY

<u>ATTESTATION REGARDING SIGNATURES</u>

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i) of the U.S. District Court for the Central District of California, the undersigned attests that the signatory listed above concurs to the content of this document and has authorized its filing.

DATED: May 23, 2025                    SPENCER FANE LLP

By: _*/s/ Matthew M. Morrison*_
     Matthew M. Morrison

Attorneys for Defendants JBS USA FOOD COMPANY and SWIFT BEEF COMPANY

-4-
JOINT NOTICE OF SETTLEMENT