```
 1  JONATHON M. WATSON (CA SBN 333845)
    jmwatson@spencerfane.com
 2  MATTHEW M. MORRISON (pro hac vice)
 3  mmorrison@spencerfane.com
    SPENCER FANE LLP
 4  1700 Lincoln Street, Suite 2000
 5  Denver, Colorado 80203
    Telephone:  (303) 839-3800
 6  Facsimile:   (303) 839-3838
 7
    MICHELE BALLARD MILLER (CA SBN 104198)
 8  mbmiller@cozen.com
 9  COZEN O'CONNOR
    401 Wilshire Blvd., Suite 850
10  Santa Monica, California 90401
11  Telephone: (310) 393-4000
    Facsimile: (310) 394-4700
12
13  Attorneys for Defendants
    JBS USA FOOD COMPANY and
14  SWIFT BEEF COMPANY
15  *Additional Counsel Listed on Following Page
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LANE STOLL, an individual, | Case No.: 5:21-cv-01111-JGB (SHKx) |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| JBS USA FOOD COMPANY; SWIFT BEEF COMPANY; and DOES 1 through 20, inclusive, | |
| Defendants. | |

-1-
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1  Regina Spurley (SBN 256908)
2  Law Offices of Regina Spurley
   144 N. Glendale Ave., Suite 300
3  Glendale, California 91206
4  Tel.: 310-285-8595
   Fax: 310-300-2112
5
6  Attorney for Plaintiff LANE STOLL

-2-
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JESUS G. BERNAL:

Plaintiff Lane Stoll, along with Defendants JBS USA Food Company and Swift Beef Company, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(A)(1)(b), hereby stipulate to dismissal, with prejudice, of all claims asserted by Plaintiff in this action. Each party shall bear their own attorneys' fees and costs.

DATED: July 8, 2025							Law Offices of Regina Spurley

									By:	*/s/ Regina Spurley*
										Regina Spurley
										Attorney for Plaintiff LANE STOLL

DATED: July 8, 2025							SPENCER FANE LLP

									By:	*/s/ Matthew M. Morrison*
										Matthew M. Morrison

										Attorneys for Defendants JBS USA
										FOOD COMPANY and SWIFT BEEF
										COMPANY

-3-
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i) of the U.S. District Court for the Central District of California, the undersigned attests that the signatory listed above concurs to the content of this document and has authorized its filing.

DATED: July 8, 2025                              SPENCER FANE LLP

By:   */s/ Matthew M. Morrison*
         Matthew M. Morrison

         Attorneys for Defendants JBS USA FOOD COMPANY and SWIFT BEEF COMPANY